(Opinion published 56 N. W. Rep. 582.)

---

## JARIUS H. DAVIS *et al. vs.* LOU DAVIS.

Argued Oct. 13, 1893. Affirmed Oct. 20, 1893.

No. 8332.

**Findings just'fied by the evidence.**
    Evidence *held* to justify the findings.

Appeal by defendant, Lou Davis, from an order of the Municipal Court of Minneapolis, *Charles B. Elliott, J.,* made March 3, 1893, denying her motion for a new trial.

*Johnson & Rinehart,* for appellant.

*Samuel L. Baker,* for respondents.

MITCHELL, J. The only issue on the trial of this case was as to the value of the meats furnished by plaintiffs to defendant, and the evidence justified the findings of the court on that issue.

The evidence did show that plaintiffs charged defendant more per pound than they did many other customers, but it justified the

court in finding that the latter purchased an inferior quality of meat, and that the plaintiffs did not charge defendant more than the market price usually charged to others for the same quality or grade.

Order affirmed.

(Opinion published 56 N. W. Rep. 583.)